IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., et al.,

    Plaintiffs,

    v.

KYPHON, INC,

    Defendant.
                                     /

No. C 06-02559 SI

**ORDER RE: PLAINTIFFS' MOTION TO DEEM THIS ACTION "FIRST-FILED"; DEFENDANT'S MOTION TO DISMISS**

      This order addresses plaintiffs' motion to deem this action "first filed," and defendant's cross-motion to dismiss, which are both scheduled for hearing on June 30, 2006. The Court finds that the Tennessee court should determine the question of whether this action or *Sandhu v. Medtronic*, C 05-2863-MI V (W.D. Tenn.), is the "first-filed," as well as the related issue of whether Kyphon's patent infringement claims in *Sandhu* relate back to the November 23, 2005 filing date of the original complaint in *Sandhu*. Once the Tennessee court has ruled on those issues, this Court will rule on the parties' pending motions.

      Accordingly, the June 30, 2006 hear-ng is VACATED. The parties shall inform this Court when the Tennessee court issues a decision on the motions presently before that court.

**IT IS SO ORDERED.**

Dated: June __23__, 2006

SUSAN ILLSTON
United States District Judge