Sean P. DeBruine (SBN 168071)
(sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto CA 94306
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Steven M. Zager (*pro hac vice*)
(szager@akingump.com)
Michael Simons (*pro hac vice*)
(msimons@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Michael A. O'Shea (*pro hac vice*)
(moshea@akingump.com)
Paul A. Gennari (*pro hac vice*)
(pgennari@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Plaintiffs
MEDTRONIC, INC.,
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY, LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.

Frank E. Scherkenbach (SBN 142549)
(scherkenbach@fr.com)
Karen I. Boyd (SBN 189808)
(boyd@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Michael J. Kane (*pro hac vice*)
(kane@fr.com)
Thomas S. McClenahan (SBN 203204)
(mcclenahan@fr.com)
William R. Woodford (*pro hac vice*)
(woodford@fr.com)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
KYPHON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY, LTD., MEDTRONIC SOFAMOR DANEK, INC., and SDGI HOLDINGS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>KYPHON INC.,<br><br>Defendant. | **CASE NO. C06-02559 SI**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL** |

IT IS HEREBY STIPULATE AND AGREED, by and between the parties through their undersigned counsel, that the following confidential documents should be filed under seal:

1. Medtronic's Opposition to Kyphon's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

2. Confidential letter from Michael O'Shea to Michael J. Kane dated September 18, 2006 (Exhibit 1 to the Sean DeBruine);

3. Confidential deposition transcript of Mark Anthony Saab dated August 22, 2006 (DeBruine Decl., Ex. 9), which Kyphon filed previously in its entirety as Exhibit P to the September 25, 2006 Declaration of William R. Woodford; and

4. Confidential deposition transcript of Michael David Barbere dated August 23, 2006 (DeBruine Decl., Ex. 10), which Kyphon filed previously in its entirety as Exhibit Q to the September 25, 2006 Declaration of William R. Woodford.

Dated: October 26, 2006      AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
    Sean P. DeBruine

Attorney for Plaintiffs
MEDTRONIC, INC.,
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY, LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.

Dated: October 26, 2006      FISH & RICHARDSON P.C.

By: _____/s/_____
    William R. Woodford

Attorneys for Defendant
KYPHON, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, attest that concurrence in the filing of this document has been obtained.

Dated: October 26, 2006                    _____/s/_____
                                            Sean P. DeBruine
.

Joint Stipulation and [Proposed Order]          2          Case No. C06-02559 SI

| | |
|---|---|
| Sean P. DeBruine (SBN 168071)<br>(sdebruine@akingump.com)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2 Palo Alto Square, Suite 400<br>3000 El Camino Real<br>Palo Alto CA 94306<br>Telephone: (650) 838-2000<br>Facsimile: (650) 838-2001 | Frank E. Scherkenbach (SBN 142549)<br>(scherkenbach@fr.com)<br>Karen I. Boyd (SBN 189808)<br>(boyd@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| Steven M. Zager (*pro hac vice*)<br>(szager@akingump.com)<br>Michael Simons (*pro hac vice*)<br>(msimons@akingump.com)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1111 Louisiana Street, 44th Floor<br>Houston, Texas 77002<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 | Michael J. Kane (pro hac vice)<br>(kane@fr.com)<br>Thomas S. McClenahan (SBN 203204)<br>(mcclenahan@fr.com)<br>William R. Woodford (pro hac vice)<br>(woodford @fr.com)<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696 |
| Michael A. O'Shea (*pro hac vice*)<br>(moshea@akingump.com)<br>Paul A. Gennari (*pro hac vice*)<br>(pgennari@akingump.com)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288 | Attorneys for Defendant<br>KYPHON, INC. |

Attorneys for Plaintiffs
MEDTRONIC, INC.,
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY, LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.,<br>MEDTRONIC VASCULAR, INC.,<br>MEDTRONIC USA, INC.,<br>MEDTRONIC VASCULAR GALWAY, LTD.,<br>MEDTRONIC SOFAMOR DANEK, INC., and<br>SDGI HOLDINGS, INC.<br><br>    Plaintiffs,<br> v.<br><br>KYPHON INC.,<br><br>    Defendant. | **CASE NO. C06-02559 SI**<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Joint Stipulation, and good cause appearing therefore, it is here by ORDERED that the following documents be filed under seal:

1. Medtronic's Opposition to Kyphon's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11;

2. Confidential letter from Michael O'Shea to Michael J. Kane dated September 18, 2006 (Exhibit 1 to the DeBruine Declaration);

3. Confidential deposition transcript of Mark Anthony Saab dated August 22, 2006 (DeBruine Decl., Ex. 9); and

4. Confidential deposition transcript of Michael David Barbere dated August 23, 2006 (DeBruine Decl., Ex. 10).

IT IS SO ORDERED.

Dated: _____, 2006

_____
HON. SUSAN ILLSTON
DISTRICT COURT JUDGE