Frank E. Scherkenbach, SBN 142549 (scherkenbach@fr.com)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Karen I. Boyd, SBN 189808 (boyd@fr.com)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas S. McClenahan, SBN 203204 (mcclenahan@fr.com)
Michael J. Kane (*pro hac vice*) (michael.kane@fr.com)
William R. Woodford (*pro hac vice*) (woodford@fr.com)
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC SOFAMOR DANEK, INC., and SDGI HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KYPHON INC.,<br><br>Defendant. | Civil Action No. C06-02559 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON KYPHON'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIM**<br><br>Date: December 1, 2006<br>Time: 9:00 a.m.<br>Before: Hon. Susan Illston<br>Courtroom: 10 |

1  The parties hereby stipulate that the hearing on Kyphon's Motion for Leave to File its First
2  Amended Answer to Amended Complaint and Counterclaim (Doc. 78), currently scheduled for
3  November 17, 2006, shall be rescheduled for December 1, 2006 at 9:00 a.m. and consolidated
4  with the hearing on Kyphon Inc's Motion for Sanctions Pursuant to Federal Rule of Civil
5  Procedure 11 (Doc. 68), which is also scheduled for December 1, 2006 at 9:00 a.m.

7  IT IS SO STIPULATED.

9  Dated: October 31, 2006         FISH & RICHARDSON P.C.

11                                 By: s/Thomas S. McClenahan
                                       Thomas S. McClenahan

                                   Attorney for Defendant
13                                 KYPHON INC.

15  Dated: October 31, 2006         AKIN GUMP STRAUSS HAUER & FELD LLP

17                                 By: s/Steven M. Zager
                                       Steven M. Zager

18                                 Attorney for Plaintiffs
                                   MEDTRONIC, INC., MEDTRONIC
19                                 VASCULAR, INC., MEDTRONIC USA, INC.,
                                   MEDTRONIC VASCULAR GALWAY LTD.,
20                                 MEDTRONIC SOFAMOR DANEK, INC., and
                                   SDGI HOLDINGS, INC.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Date: _____, 2006    _____
                                   Honorable Susan Illston
25                                 United States District Court

2  STIPULATION AND [PROPOSED] ORDER RESCHEDULING
HEARING ON KYPHON'S MOTION FOR LEAVE TO FILE ITS FIRST
AMENDED ANSWER TO AMENDED COMPLAINT AND
COUNTERCLAIM
**Civil Action No. C06-02559 SI**

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Steven M. Zager.

Dated: October 31, 2006                      FISH & RICHARDSON P.C.


                                             By: s/Thomas S. McClenahan
                                                 Thomas S. McClenahan

                                             Attorneys for Defendant
                                             KYPHON, INC.

60392026.doc

3 STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON KYPHON'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIM
**Civil Action No. C06-02559 SI**