**United States District Court**

For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   MEDTRONIC, INC. et al.,                          No. C 06-2559 SI

9            Plaintiffs,                    **ORDER DENYING PLAINTIFFS'**
                                            **MOTION TO DEEM THIS ACTION**
10    v.                                    **"FIRST-FILED" AND GRANTING**
                                            **DEFENDANT'S MOTION TO DISMISS**
11   KYPHON, INC.,

12            Defendant.
    _____/
13

14

15         On June 23, 2006, the Court issued an order (Docket No. 58) regarding plaintiffs' motion to

16   deem this action "first-filed" and defendant's motion to dismiss, deferring ruling on the parties' motions

17   until the District Court for the Western District of Tennessee resolves: (1) the issue of whether this

18   action or *Sandhu v. Medtronic*, C 05-2863-MI V (W.D. Tenn.), is the "first-filed," and (2) the related

19   issue of whether Kyphon's patent infringement claims in *Sandhu* relate back to the November 23, 2005

20   filing date of the original complaint in *Sandhu*.

21         On November 7, 2006, the *Sandhu* court issued an order (Docket No. 207) finding that the

22   *Sandhu* action is "first-filed," and that Kyphon's amended complaint in that case (including the new

23   patent infringement claims) relates back to the original complaint.  The *Sandhu* court also enjoined

24   Medtronic from prosecuting duplicative declaratory judgment claims in this Court.

25         Under the principle of federal comity, this Court "has discretion to transfer, stay, or dismiss" an

26   action whenever it is duplicative of a parallel action already pending in another federal court." *Cedars-*

27   *Sinai Medical Ctr. v. Shalala*, 125 F.3d 765, 769 (9th Cir. 1997).  In light of the Tennessee court's

28   ruling, therefore, the Court DENIES plaintiffs' motion to deem this action "first-filed" and DISMISSES

plaintiffs' declaratory judgment claims.  (Docket Nos. 22, 26).

**IT IS SO ORDERED.**

Dated:  November 17, 2006

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**

For the Northern District of California

2