IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC. ET AL,<br><br>        Plaintiff,<br><br>  v.<br><br>KYPHON, INC,<br><br>        Defendant.<br>_____/ | No. C 06-02559 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 9, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 27, 2007.

DESIGNATION OF EXPERTS: 9/17/07 ; REBUTTAL: 10/15/07 .
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is .November 12, 2007

DISPOSITIVE MOTIONS **SHALL** be filed by October 26, 2007;

    Opp. Due November 9, 2007; Reply Due November 16, 2007;

    and set for hearing no later than November 30, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 15, 2008 at 3:30 PM.

JURY TRIAL DATE: January 28, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
See Attached Docket Control Schedule

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/18/06

                                                        SUSAN ILLSTON
                                                        United States District Judge