Frank E. Scherkenbach, SBN 142549 (scherkenbach@fr.com)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

John M. Farrell, SBN 99649 (jfarrell@fr.com)
Karen I. Boyd, SBN 189808 (boyd@fr.com)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas S. McClenahan, SBN 203204 (mcclenahan@fr.com)
Michael J. Kane (*pro hac vice*) (michael.kane@fr.com)
William R. Woodford (*pro hac vice*) (woodford@fr.com)
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
KYPHON INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC SOFAMOR DANEK, INC., and SDGI HOLDINGS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KYPHON INC.,<br><br>    Defendant. | Civil Action No. C06-02559 SI<br><br>**REQUEST TO MODIFY INITIAL CASE MANAGEMENT CONFERENCE DATE PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12; [PROPOSED] ORDER** |

WHEREFORE, Plaintiffs Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic Vascular Galway Ltd., Medtronic Sofamor Danek, Inc. and SDGI Holdings, Inc. (collectively, "Medtronic") filed their complaint against Kyphon Inc. ("Kyphon") on April 13, 2006; and

WHEREFORE, pursuant to the Pretrial Preparation Order entered by the Court on December 19, 2006, a Further Case Management Conference in this matter is scheduled for February 9, 2007 at 2:30 p.m.; and

WHEREFORE, the lead counsel for Kyphon who will be attending the Further Case Management Conference on its behalf is scheduled to speak at a conference in Florida and will be out-of-state and unavailable as a result on February 9, 2007; and

WHEREFORE, Kyphon wishes to reschedule the Further Case Management Conference for a date on which its counsel is available to attend and the Court is available to hear the matter;

WHEREFORE, Medtronic does not oppose Kyphon's request to reschedule the Further Case Management Conference on the date indicated below; and

WHEREFORE, there have been no previous time modifications in this case;

IT IS HEREBY REQUESTED that the Further Case Management Conference scheduled for February 9, 2007 at 2:30 p.m. shall instead be held on February 2, 2007 at 2:30 p.m.


Dated:  January 24, 2007                          FISH & RICHARDSON P.C.


                                                  By:  s/ John M. Farrell
                                                       John M. Farrell (SBN# 99649)

                                                  Attorneys for Defendant
                                                  KYPHON INC.

1

2

3 **<u>ORDER</u>**

4      PURSUANT TO KYPHON'S UNOPPOSED REQUEST, IT IS SO ORDERED.

5 Dated: _____, 2007

6 

7 _____
     Hon. Susan Illston

8      Judge of the United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

   I certify that, on January 24, 2007, pursuant to Fed. R. Civ. P. 11(c), I caused a copy of

REQUEST TO MODIFY INITIAL CASE MANAGEMENT CONFERENCE DATE

PURSUANT TO CIVIL LOCAL RULES   6-2 AND 7-12; [PROPOSED] ORDER to be served

by U.S. Mail or by electronic mail (as indicated) on the individuals listed in the table below:

| | |
|---|---|
| Sean DeBruine (sdebruine@akingump.com)<br>Akin, Gump, Strauss, Hauer & Feld, L.L.P.<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone:  (650) 838-2000<br>Facsimile:  (650) 838-2001 | Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC<br>VASCULAR, INC., MEDTRONIC<br>USA, INC., MEDTRONIC VASCULAR<br>GALWAY, LTD., MEDTRONIC<br>SOFAMOR DANEK, INC., & SDGI<br>HOLDINGS, INC. |

**Via U.S. Mail & Electronic Mail**

Steven M. Zager (szager@akingump.com)
Michael Simons (msimons@akingump.com)
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone:  (713) 220-5800
Facsimile:  (713) 236-0822

**Via U.S. Mail & Electronic Mail**

   I declare under penalty of perjury that the above is true and correct.  Executed on January

24, 2007.


/s/_____
Janel M. Pearson

50395738.doc