Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1950 University Avenue, Suite 505
East Palo Alto, CA 94303
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Steven M. Zager (*pro hac vice*)(szager@akingump.com)
Michael Simons (*pro hac vice*)(msimons@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Michael A. O'Shea (*pro hac vice*)(moshea@akingump.com)
Paul A. Gennari (*pro hac vice*) (pgennari@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Plaintiffs
MEDTRONIC, INC.,
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY, LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.,<br>MEDTRONIC VASCULAR, INC.,<br>MEDTRONIC USA, INC.,<br>MEDTRONIC VASCULAR GALWAY, LTD.,<br>MEDTRONIC SOFAMOR DANEK, INC., and<br>SDGI HOLDINGS, INC.<br><br>                Plaintiffs,<br>   v.<br><br>KYPHON INC.,<br>                Defendant. | **CASE NO. C06-02559 SI**<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO L.R. 4-3** |

Pursuant to Patent L.R. 4-3, the parties, Medtronic Plaintiffs (collectively "Medtronic") and Kyphon Inc. ("Kyphon"), jointly submit this Joint Claim Construction and Prehearing Statement.

**I.      CONSTRUCTION OF AGREED-UPON CLAIM TERMS**

Pursuant to Patent Local Rule 4-3(a), the parties report that they have been unable to agree upon the construction of any claim term, phrase or clause of the '349, '191, '856 and '173 patents ("patents-in-suit").

**II.     CONSTRUCTION OF DISPUTED CLAIM TERMS**

Pursuant to Patent L.R. 4-3(b), the parties each provide their respective construction of the following disputed terms, phrases, or clauses of the patents-in-suit the parties contend should be construed by the Court.  Also, pursuant to Patent L.R. 4-3(b), each party also identifies (1) intrinsic evidence from the specification or prosecution history of the patents-in-suit the party may use to support their proposed constructions, and (2) extrinsic evidence that the party may use to support its proposed constructions or oppose the other party's proposed claim constructions.  Further, Medtronic reserves its right to rely upon the October 26, 2006 Declaration of Scott Diamond, Ph.D. to support its proposed constructions.

A.      U.S. PATENT NO. 4,820,349

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| "dilatation catheter" | **INTERPRETATION**<br><br>A catheter capable of being inserted into a body cavity, the catheter having a member that is capable of enlarging. | **INTERPRETATION**<br><br>A catheter for dilating a constricted blood vessel with an inflatable balloon. |
| | **INTRINSIC EVIDENCE**<br><br>• The claim language of claims 1, and 10-17<br><br>• '349 Patent, col. 1, lines 1-10<br><br>• '349 Patent, col. 8, lines 27-31<br><br>• U.S.S.N. 001,759 (corresponding EP Publication No. 0,274,411, including, without limitation, pg. 2, lines 1-18)<br><br>• April 27, 1988 Office Action, pgs. 2-3 and Notice of References Cited<br><br>• August 15, 1988 Response, including, without limitation, pgs. 1-4 and 8 and associated claim amendments<br><br>• U.S. Patent No. 4,335,723 to Patel, including, without limitation, col. 1, lines 7 - col. 2, line 26; col. 3, lines | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Figs. 1-3<br>Col. 1:5-9.<br>Col. 1:11-18.<br>Col. 1:19-39.<br>Col. 1:40-60.<br>Cols. 1:61-2:22.<br>Col. 2:23-28.<br>Col. 2:54-63.<br>Col. 2:64-67.<br>Col. 3:22-33.<br>Col. 3:33-49.<br>Col. 3:49-55.<br>Col. 4:45-56.<br>Col. 5:7-16.<br>Col. 5:26-54.<br>Col. 5:61-63.<br>Cols. 5:63-6:2.<br>Col. 7:35-43. |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | 30-53; col. 5, lines 39-46; col. 6, lines 45-50; and col. 7, lines 19-46<br><br>• U.S. Patent No. 4,195,637 to Gruntzig et al., including, without limitation, col. 1, lines 1-18 | Col. 7:48-50.<br>Col. 8:4-16.<br>Col. 8:17-22.<br>Claim 1, Col. 8:34-57.<br>8/10/88 Amendment at 6.<br>8/10/88 Amendment at 10.<br>U.S. Pat. No. 4,715,378 to Pope.<br>U.S. Pat. No. 4,406,656 to Hattler. |
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:*<br><br>dilatation: "a dilated formation or part." *The Random House Dictionary of the English Language* 554 (2nd ed. 1987).<br><br>dilation: "to make wider or larger; cause to expand." *The Random House Dictionary of the English Language* 554 (2nd ed. 1987).<br><br>*Kyphon 2000 SEC S-1 Registration Statement:*<br><br>Kyphon describes its KyphX™ inflatable bone tamp product as a "proprietary balloon catheter" and a "sterile disposable balloon catheter." (*See* Front Cover and pg. 29).<br><br>*Kyphon Marketing Presentation* (*See* KY457734-KY457788 at KY457769).<br><br>*Kyphon Correspondence* (*See* KY455617- | **EXTRINSIC EVIDENCE**<br><br>"catheter: a flexible or rigid hollow tube employed to drain fluids from body cavities or to distend body passages, esp. one for passing into the . . . heart through a leg vein or arm vein for diagnostic examination." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 328.)<br><br>"catheter: A tubular instrument to allow passage of fluid from or into a body cavity." (Stedman's Medical Dictionary (26th Ed. 1995) at 292.)<br><br>"balloon catheter: a catheter used in arterial embolectomy or to float into the pulmonary artery." (Stedman's Medical Dictionary (26th Ed. 1995) at 292)<br><br>"balloon-tip catheter: a tube with a balloon at its tip that can be inflated or |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | KY455619 at KY455617).<br><br>*Kyphon Business Summary* (*See* KY493178-KY493200 at KY493178).<br><br>U.S. Patent No. 4,447,228 to Patel, including, without limitation, at col. 1, line 14 - col. 2, line 48. | deflated without removal after installation; the balloon may be inflated to facilitate passage of the tube through a blood vessel (propelled by the bloodstream) or to occlude the vessel in which the tube alone would allow free flow; such catheters are used to enter the pulmonary artery to facilitate hemodynamic measurements or to enter arteries and then remove them while inflated to withdraw clots (embolectomy catheter)."  (Stedman's Medical Dictionary (26th Ed. 1995) at 292-93.) |
| "sleeve" | **INTERPRETATION**<br><br>A structure that fits over another. | **INTERPRETATION**<br><br>A tubular piece fitting over a rod or the like. |
| | **INTRINSIC EVIDENCE**<br><br>- The claim language of claims 1, 4, 5 and 19<br><br>- Col. 2, lines 37 - 46<br><br>- Col. 4, lines 45 – 56<br><br>- Col. 5, lines 7 - 16<br><br>- Col. 5, line 55 - col. 7, line 27<br><br>- Figures 1 - 2, 4 – 11<br><br>- U.S.S.N. 001,759 (corresponding EP | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Figs. 2, 4, 9.<br>Col. 2:37-63.<br>Col. 3:1-9.<br>Col. 3:43-48.<br>Col. 4:45-56.<br>Col. 5:7-8, 13-16.<br>Col. 5:48-54.<br>Cols. 5:55-6:2.<br>Cols. 6:67-7:5.<br>Col. 7:11-20. |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | Publication No. 0,274,411, including, without limitation, pg. 3, lines 15-35 and Figure 1)<br><br>• August 15, 1988 Amendment, pg. 6<br><br>• U.S. Patent No. 4,335,723 to Patel, including, without limitation, Abstract; col. 3, lines 23-30; col. 4, lines 42-45; col. 4, lines 51-57; col. 4, lines 65-68; col. 5, lines 19-27; col. 7, lines 19-32; col. 7 lines 59 - col. 8, line 3; col. 8, lines 35-54, Figure 2<br><br>• U.S. Patent No. 4,351,341 to Goldberg, including, without limitation, col. 10, lines 46-48 | Col. 7:23-25.<br>Col. 7:28-32.<br>Col. 7:43-47.<br>Claim 1, Col. 8:34-57.<br>Claim 18, Col. 10:30-41.<br>8/10/88 Amendment at 6-7.<br>8/10/88 Amendment at 7.<br>8/10/88 Amendment at 8.<br>8/10/88 Amendment at 8-9.<br>8/10/88 Amendment at 9.<br>8/10/88 Amendment at 11.<br>U.S. Pat. No. 4,715,378 to Pope.<br>U.S. Pat. No. 4,406,656 to Hattler. |
| | **EXTRINSIC EVIDENCE**<br><br>*U.S. Pat. No. 3,948,259:*<br><br>The '259 patent uses the term "sleeve member" interchangeably with the term "balloon" when referring to a structure capable of being enlarged.  (*See, e.g.,* Col. 10, lines 37-46; col. 12, line 49 - col. 13, line 13; and Figures 20 and 28).<br><br>*U.S. Pat. No. 4,447,228:*<br><br>The '228 patent uses the term "sleeve" interchangeably with the term "balloon" when referring to an inflatable structure secured to the distal end of a catheter. | **EXTRINSIC EVIDENCE**<br><br>"sleeve: a tubular piece, as of metal, fitting over a rod or the like."  (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 1797.)<br><br>"sleeve: a tubular part designed to fit over another part."  (Webster's Third New International Dictionary of the English Language Unabridged (1993) at 2141.) |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | (*See, e.g.,* Col. 2, lines 33-35). | |
| "balloon portion"/"balloon" | **INTERPRETATION**<br><br>The part of the sleeve with an enlarged diameter. | **INTERPRETATION**<br><br>A portion of the sleeve having an enlarged diameter relative to the rest of the sleeve.  The balloon is formed integrally with, but is distinct from, the rest of the sleeve. |
| | **INTRINSIC EVIDENCE**<br><br>• The claim language of claims 1, 4, 5 and 19<br><br>• Col. 2, lines 37-41<br><br>• Col. 4, lines 45 – 56<br><br>• Col. 5, line 7-16<br><br>• Col. 5, line 55 - col. 7, line 27<br><br>• Figures 1-2, 4-11<br><br>• U.S.S.N. 001,759 (corresponding EP Publication No. 0,274,411, including, without limitation, pg. 3, lines 15-35 and Figure 1)<br><br>• August 15, 1988 Amendment, pg. 6<br><br>• U.S. Patent No. 4,335,723 to Patel, including, without limitation, Abstract; col. 3, lines 23-30; col. 4, lines 42-45; col. 4, lines 51-57; col. 4, | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Figs. 2-4, 9.<br>Col. 2:46-49.<br>Col. 4:49-56.<br>Col. 5:12-16.<br>Col. 5:48-54.<br>Cols. 6:67-7:5.<br>Col. 7:11-20.<br>Col. 7:28-32.<br>Col. 7:43-47.<br>Claim 1, Col. 8:34-57.<br>Claim 18, Col. 10:30-41.<br>8/10/88 Amendment at 6.<br>8/10/88 Amendment at 6-7.<br>U.S. Pat. No. 4,715,378 to Pope.<br>U.S. Pat. No. 4,406,656 to Hattler. |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | lines 65-68; col. 5, lines 19-27; col. 7, lines 19-32; col. 7 lines 59 - col. 8, line 3; col. 8, lines 35-54, Figure 2<br><br>• U.S. Patent No. 4,351,341 to Goldberg, including, without limitation, col. 10, lines 46-48 | |
| | **EXTRINSIC EVIDENCE**<br><br>U.S. Pat. No. 3,948,259 to Bolduc:<br><br>The '259 patent uses the term "sleeve member" interchangeably with the term "balloon" when referring to a structure capable of being enlarged. (*See, e.g.,* Col. 10, lines 37-46; col. 12, line 49 - col. 13, line 13; and Figures 20 and 28).<br><br>U.S. Pat. No. 4,447,228 to Patel:<br><br>The '228 patent uses the term "sleeve" interchangeably with the term "balloon" when referring to an inflatable structure secured to the distal end of a catheter. (*See, e.g.,* Col. 2, lines 33-35). | **EXTRINSIC EVIDENCE**<br><br>**N/A** |
| "both the sleeve and balloon being collapsible about the shaft" | **INTERPRETATION**<br><br>The sleeve – including the "integral enlarged diameter balloon portion" – is capable of folding down around the shaft into a reduced profile. | **INTERPRETATION**<br><br>Both the sleeve and the balloon collapse about the shaft when deflated. A sleeve having a wall thickness of 0.0045 inches or more is not collapsible in the manner of the invention. |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | **INTRINSIC EVIDENCE**<br><br>• The claim language of claims 1-4 and 19<br><br>• Abstract<br><br>• Col. 2, lines 30-64<br><br>• Col. 4, lines 45-56<br><br>• Col. 5, lines 7-16<br><br>• Col. 7, lines 21- 47<br><br>• Col. 8, line 27-31<br><br>• Figures 1, 2, 4-8<br><br>• August 15, 1988 Response, including, without limitation, pgs. 6-7 and 9<br><br>• U.S. Patent No. 4,195,637 to Gruntzig et al., including, without limitation, col. 1, line 61 – col. 2, line 55, col. 5, line 5 – col. 7, line 13, Figures 1-8<br><br>• U.S.S.N. 001,759 (corresponding EP Publication No. 0,274,411, including, without limitation, pg. 2, lines 21-33) | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Figs. 5-8.<br>Col. 2:49-54.<br>Col. 2:59-63.<br>Col. 3:4-9.<br>Col. 4:7-8.<br>Col. 4:12-13.<br>Col. 5:12-16.<br>Col. 7:23-27.<br>Col. 7:28-47.<br>Claim 1, Col. 8:34-57.<br>Claim 18, Col. 10:30-41.<br>8/10/88 Amendment at 6-7.<br>8/10/88 Amendment at 7.<br>8/10/88 Amendment at 10.<br>U.S. Pat. No. 4,715,378 to Pope.<br>U.S. Pat. No. 4,406,656 to Hattler. |
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:* | **EXTRINSIC EVIDENCE**<br><br>"<u>sleeve</u>: a tubular piece, as of metal, |

| TERMS, PHRASES OR CLAUSES OF THE '349 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | collapsible: "capable of collapsing or being collapsed, as for carrying or storing." *Random House Dictionary of the English Language 403* (2nd ed. 1987). | fitting over a rod or the like." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 1797.) |
| | collapse: "to be made so that the sections or parts can be folded up, as for convenient storage." *Random House Dictionary of the English Language 403* (2nd ed. 1987). | "sleeve: a tubular part designed to fit over another part." (Webster's Third New International Dictionary of the English Language Unabridged (1993) at 2141.) |

**B.  U.S. PATENT NO. 5,759,191**

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| "balloon dilatation catheter" | **INTERPRETATION**<br><br>A catheter capable of being inserted into a body cavity, the catheter having a member that is capable of enlarging. | **INTERPRETATION**<br><br>A catheter for dilating a constricted blood vessel with an inflatable balloon. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 1<br>• Col. 1, lines 15-20<br>• Col. 5, lines 2-6<br>• April 16, 1992 Interview summary and claim amendment<br>• May 1, 1992 Information Disclosure Statement<br>• July 20, 1992 Response, including, without limitation, pgs. 1-2<br>• November 14, 1994 Amendment, including, without limitation, pgs. 1-3<br>• '856 Patent file history, August 7, 1998 Office Action<br>• U.S. Patent No. 3,543,759 to McWhorter, including, without limitation, the Abstract; col. 1, lines 4-12; col. 1, lines 20-38; col. 1, lines | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Figs. 1-2.<br>Col. 1:17-19.<br>Col. 1:23-33.<br>Col. 1:34-40.<br>Col. 1:46-61.<br>Col. 1:62-2:12.<br>Col. 2:14-18.<br>Col. 2:21-35.<br>Col. 2:36-45.<br>Col. 2:56-63.<br>Cols. 2:64-3:11.<br>Col. 3:30-31.<br>Col. 3:54-63.<br>Cols. 3:66-4:18.<br>Col. 4:48-63.<br>Cols. 4:64-5:1.<br>Claim 1, Cols. 5:9-6:2.<br>5/14/90 Amendment at 2-4 ['191 file history].<br>2/5/91 Amendment at 6 ['191 file |

11

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | 58-60; col. 2, lines 24-38; col. 2, lines 49-53; col. 3, lines 1-3; col. 3, lines 7-10; col. 3, lines 60-63; and col. 4, lines 47-60. | history]. 4/9/92 IDS at 3 ['191 file history]. 7/16/92 Amendment at 4-6, 11 ['191 file history]. 7/15/92 Barbere Decl., ¶¶ 4-6 ['191 file history]. 5/10/94 Office Action at 2-3 ['191 file history]. 11/10/94 Amendment at 11 ['191 file history]. 5/17/95 Amendment at 2-4, 7 ['191 file history]. 7/22/96 Ap. Br. at 1-2, 4-7, 11-12 ['191 file history]. 10/23/97 BPAI Ruling at 2 ['191 file history]. 1/7/99 Amendment at 7 ['856 file history]. U.S. Pat. No. 5,100,381 to Burns. U.S. Pat. No. 4,689,041 to Corday *et al*. U.S. Pat. No. 4,665,925 to Millar. U.S. Pat. No. 4,955,895 to Sugiyama *et al*. U.S. Pat. No. 4,323,071 to Simpson *et al*. U.S. Pat. No. 4,702,252 to Brooks *et al*. U.S. Pat. No. 5,061,273 to Yock. U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE** *Dictionary Definitions:* balloon: "an inflatable device that can | **EXTRINSIC EVIDENCE** "catheter: a flexible or rigid hollow tube employed to drain fluids from body |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | be inserted into a body cavity to provide support or to enclose a tube or catheter." *International Dictionary of Medicine and Biology, Volume I* 306 (1986). dilatation: "the action or process of dilating; the condition of being dilated; widening out, expansion, enlargement." *The Oxford English Dictionary, Volume IV 662 (2nd ed. 1989).* *Kyphon 2000 SEC S-1 Registration Statement:* Kyphon describes its KyphX™ inflatable bone tamp product as a "proprietary balloon catheter" and a "sterile disposable balloon catheter." (*See* Front Cover and pg. 29). *Kyphon Marketing Presentation* (*See* KY457734-KY457788 at KY457769). *Kyphon Correspondence* (*See* KY455617-KY455619 at KY455617). *Kyphon Business Summary* (*See* KY493178-KY493200 at KY493178). | cavities or to distend body passages, esp. one for passing into the . . . heart through a leg vein or arm vein for diagnostic examination." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 328.) "catheter: A tubular instrument to allow passage of fluid from or into a body cavity." (Stedman's Medical Dictionary (26th Ed. 1995) at 292.) "balloon catheter: a catheter used in arterial embolectomy or to float into the pulmonary artery." (Stedman's Medical Dictionary (26th Ed. 1995) at 292) "balloon-tip catheter: a tube with a balloon at its tip that can be inflated or deflated without removal after installation; the balloon may be inflated to facilitate passage of the tube through a blood vessel (propelled by the bloodstream) or to occlude the vessel in which the tube alone would allow free flow; such catheters are used to enter the pulmonary artery to facilitate hemodynamic measurements or to enter arteries and then remove them while inflated to withdraw clots (embolectomy catheter)." (Stedman's Medical |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | Dictionary (26th Ed. 1995) at 292-93.) |
| "catheter shaft" | **INTERPRETATION**<br><br>The body of the catheter including the Y-fitting. | **INTERPRETATION**<br><br>The portion of the catheter distal to the Y-fitting (or equivalent thereof) formed from the inner tube and the coaxial outer tube. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 1<br><br>• Col. 2, lines 20-35<br><br>• Col. 3, line 29 - col. 4, line 23<br><br>• Col. 5, lines 2-6<br><br>• Figure 1<br><br>• May 10, 1994 Office Action, including, without limitation, pgs. 2-3<br><br>• May 22, 1995 Amendment, including, without limitation, pgs. 2-3 and associated claim amendments<br><br>• U.S. Patent No. 4,323,071 to Simpson, Figure 3 | **INTRINSIC EVIDENCE**<br><br>Fig. 1.<br>Col. 2:20-29.<br>Col. 3:8-11.<br>Col. 3:21-25.<br>Col. 3:30-37.<br>Col. 3:54-60.<br>Col. 4:7-9.<br>Claim 1, Cols. 5:9-6:2.<br>5/14/90 Amendment at 2, 4 ['191 file history].<br>10/8/91 Prelim. Amendment at 2 ['191 file history].<br>7/16/92 Amendment at 5-6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6 ['191 file history].<br>5/17/95 Amendment at 2 ['191 file history]. |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | 7/22/96 Ap. Br. at 5, Fig. 1 ['191 file history]. 1/7/99 Amendment at 8 (emphasis in original) ['856 file history]. U.S. Pat. No. 5,100,381 to Burns. U.S. Pat. No. 4,689,041 to Corday *et al.* U.S. Pat. No. 4,665,925 to Millar. U.S. Pat. No. 4,955,895 to Sugiyama *et al.* U.S. Pat. No. 4,323,071 to Simpson *et al.* U.S. Pat. No. 4,702,252 to Brooks *et al.* U.S. Pat. No. 5,061,273 to Yock. U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE** N/A | **EXTRINSIC EVIDENCE** N/A |
| "proximal region" | **INTERPRETATION** The very small area adjacent the proximal end of the catheter shaft. | **INTERPRETATION** The region of the catheter shaft distal to the Y-fitting (or equivalent thereof) and extending from the proximal end of the catheter shaft to the distal region of the catheter shaft. |
| | **INTRINSIC EVIDENCE** <ul><li>The claim language of claims 1-2</li><li>Col. 3, lines 29-66</li><li>Col. 5, lines 2-6</li></ul> | **INTRINSIC EVIDENCE** Figs. 1-2. Claim 1, Cols. 5:9-6:2. 11/10/94 Amendment at 2, 10-11 ['191 file history]. 9/29/99 Amendment at 3 ['856 file |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | <ul><li>Figure 1</li><li>May 10, 1994 Office Action, pgs. 2-3</li><li>November 14, 1994 Amendment, pgs. 2, 10-11</li><li>January 10, 1995 Office Action, pg. 3</li><li>October 23, 1997 Decision of Board of Patent Appeals and Interferences, pg. 5</li><li>'856 Patent file history, January 3, 2000 Office Action, pg. 3</li><li>'856 Patent file history, April 26, 2000 Office Action, pg. 2</li><li>'856 Patent file history, June 21, 2000 Interview Summary</li><li>'856 Patent file history, June 26, 2000 Amendment and Reply Under 37 CFR 1.111, pg. 7 and associated claim amendments</li><li>U.S. Patent No. 4,323,071 to Simpson, Figure 3</li><li>U.S. Patent No.5,061,273 to Yock, Figures 1 and 3A and associated disclosure</li></ul> | history].<br>4/3/00 Amendment at 6 ['856 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al*.<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al*.<br>U.S. Pat. No. 4,323,071 to Simpson *et al*.<br>U.S. Pat. No. 4,702,252 to Brooks *et al*.<br>U.S. Pat. No. 5,061,273 to Yock.<br>U.S. Pat. No. 4,545,390 to Leary. |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | **EXTRINSIC EVIDENCE**<br><br>**N/A** | **EXTRINSIC EVIDENCE**<br><br>**N/A** |
| "guidewire lumen" | **INTERPRETATION**<br><br>The passage of the inner tube. | **INTERPRETATION**<br><br>An opening through the catheter shaft for passage of the guidewire over which the catheter is advanced. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 1<br>• Abstract<br>• Col. 1, lines 39-45<br>• Col. 2, lines 20-35<br>• Col. 3, lines 45-53 and 64-66<br>• Col. 5, lines 2-6<br>• Figures 1 and 2 | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Fig. 2.<br>Col. 1:34-45.<br>Col. 1:46-61.<br>Cols. 1:64-2:2.<br>Col. 2:21-27.<br>Col. 3:46-50.<br>Col. 3:57-59.<br>Cols. 3:64-4:3.<br>Col. 4:48-51.<br>Claim 1, Cols. 5:9-6:2.<br>4/9/92 IDS at 3 ['191 file history].<br>7/16/92 Amendment at 5-6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6, Ex. 1 ['191 file history].<br>5/17/95 Amendment at 2-3 ['191 file history].)<br>7/22/96 Ap. Br. at 1-3 and Figs. 4-6A; 5 and Figs. 1-2 ['191 file history]. |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | 10/23/97 BPAI Ruling at 4-5 ['191 file history]. 5/24/99 Amendment at 9-10 ['586 file history]. U.S. Pat. No. 5,100,381 to Burns. U.S. Pat. No. 4,689,041 to Corday *et al*. U.S. Pat. No. 4,665,925 to Millar. U.S. Pat. No. 4,955,895 to Sugiyama *et al*. U.S. Pat. No. 4,323,071 to Simpson *et al*. U.S. Pat. No. 4,702,252 to Brooks *et al*. U.S. Pat. No. 5,061,273 to Yock. U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE** *Dictionary Definition:* <u>lumen</u>: "1. An opening, passage, or canal….c. *Surg*.  The passage of any tool in an instrument." *The Oxford English Dictionary Volume IX 97* (2nd ed. 1989). | **EXTRINSIC EVIDENCE** **N/A** |
| "means for communicating the annular inflation lumen with the interior of the balloon to facilitate inflation and deflation of the balloon, the inflation lumen comprising the sole lumen in communication with the interior of the balloon" | **INTERPRETATION** An opening associated with the outer tube within the balloon, which together with the inner tube defines the sole inflation lumen in communication with the interior of the balloon, for allowing inflation and deflation of the balloon. *[If this element is interpreted under 35* | **INTERPRETATION** Should be construed under 35 U.S.C. §112(6).  The function performed is communicating the annular inflation lumen with the interior of the balloon. The corresponding structure is a pair of circumferentially spaced apertures formed in the wall of the outer tube within the |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | *U.S.C. § 112(6), the <u>function</u> recited is "communicating the annular inflation lumen with the interior of the balloon to facilitate inflation and deflation of the balloon." The <u>structure</u> disclosed in the specification for performing this recited function is an opening at the distal end of the outer tube within the balloon, and equivalents thereof.]* | balloon. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claims 1-5<br>• Col. 1, lines 34-36<br>• Col. 2, lines 33-35<br>• Col. 2, lines 53-56<br>• Col. 3, lines 29-53<br>• Col. 4, lines 7-23<br>• Col. 5, lines 2-6<br>• Figures 1 and 2<br>• '856 Patent file history, January 3, 2000 Office Action, pg. 2<br>• '856 Patent file history, April 26, 2000 Office Action, pg. 2<br>• U.S. Patent No. 5,061,273 to Yock, Figure 3A and associated disclosure | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Fig. 2.<br>Col. 4:18-23.<br>Claim 1, Cols. 5:9-6:2.<br>Claim 3, Col. 6:8-12.<br>Claim 4, Col. 6:13-16.<br>2/5/91 Amendment at 9-10 ['191 file history].<br>7/16/92 Amendment at 6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6 ['191 file history].<br>5/17/95 Amendment at 3 ['191 file history].<br>7/22/96 Ap. Br. at 6 ['191 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al*.<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al*. |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | U.S. Pat. No. 4,323,071 to Simpson *et al*. U.S. Pat. No. 4,702,252 to Brooks *et al*. U.S. Pat. No. 5,061,273 to Yock. U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE** *Dictionary Definitions:* lumen: See above. | **EXTRINSIC EVIDENCE** **N/A** |
| "means at the proximal end of the catheter for accessing each of the guidewire and inflation lumens" | **INTERPRETATION** The openings at the proximal end of the catheter allowing for access to the guidewire and inflation lumens. *[If this element is interpreted under 35 U.S.C. § 112(6), the function recited is "accessing each of the guidewire and inflation lumens." The structure disclosed in the specification for performing the recited function is the openings at the proximal end of the Y-fitting for accessing the guidewire and inflation lumens, and equivalents thereof.]* | **INTERPRETATION** Should be construed under 35 U.S.C. §112(6). The function performed is accessing each of the guidewire and inflation lumens. The corresponding structure is a Y-fitting and a pair of flexible proximal tubes, one of the proximal tubes being in communication with the guidewire lumen and the other proximal tube being in communication with the annular inflation lumen, and fittings at the proximal ends of the proximal tubes by which appropriate fluid devices such as syringes, inflation devices or the like may be connected. |
| | **INTRINSIC EVIDENCE** <ul><li>The language of claim 1</li><li>Col. 3, lines 53-63</li><li>Figure 1</li></ul> | **INTRINSIC EVIDENCE** Fig. 1. Col. 3:54-63. Cols. 3:64-4:3. Claim 1, Cols. 5:9-6:2. |

| TERMS, PHRASES OR CLAUSES OF THE '191 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | 7/16/92 Amendment at 6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6 ['191 file history].<br>5/17/95 Amendment at 3 ['191 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al.*<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al.*<br>U.S. Pat. No. 4,323,071 to Simpson *et al.*<br>U.S. Pat. No. 4,702,252 to Brooks *et al.*<br>U.S. Pat. No. 5,061,273 to Yock.<br>U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:*<br><br>  lumen: See above. | **EXTRINSIC EVIDENCE**<br><br>**N/A** |

## C.  U.S. PATENT NO. 6,179,856

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| "balloon dilation catheter" | **INTERPRETATION**<br><br>A catheter capable of being inserted into a body cavity, the catheter having a member that is capable of enlarging.<br><br>**INTRINSIC EVIDENCE**<br><br>• The language of claim 9<br>• Col. 1, lines 15-20<br>• Col. 4, line 67 – col. 5, line 4<br>• August 7, 1998 Office Action<br>• '191 Patent file history, April 16, 1992 Interview summary and claim amendment<br>• '191 Patent file history, May 1, 1992 Information Disclosure Statement<br>• '191 Patent file history, July 20, 1992 Response, including, without limitation, pgs. 1-2<br>• '191 Patent file history, November 14, 1994 Amendment, including, without limitation, pgs. 1-3<br>• U.S. Patent No. 3,543,759 to McWhorter, including, without | **INTERPRETATION**<br><br>A catheter for dilating a constricted blood vessel with an inflatable balloon.<br><br>**INTRINSIC EVIDENCE**<br><br>Abstr.<br>Figs. 1-2.<br>Col. 1:17-19.<br>Col. 1:23-33.<br>Col. 1:34-40.<br>Col. 1:46-61.<br>Cols. 1:62-2:2.<br>Col. 2:14-18.<br>Col. 2:21-35.<br>Col. 2:36-45.<br>Col. 2:56-63.<br>Cols. 2:64-3:11.<br>Cols. 3:66-4:6.<br>Col. 4:46-61.<br>Col. 4:62-66.<br>Claim 1, Col. 5:7-43.<br>Claim 3, Cols. 5:47-6:6.<br>Claim 4, Col. 6:7-33.<br>Claim 5, Col. 6:34-59.<br>Claim 6, Cols. 6:60-7:26.<br>Claim 8, Cols. 7:30-8:2. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | limitation, the Abstract; col. 1, lines 4-12; col. 1, lines 20-38; col. 1, lines 58-60; col. 2, lines 24-38; col. 2, lines 49-53; col. 3, lines 1-3; col. 3, lines 7-10; col. 3, lines 60-63; and col. 4, lines 47-60. | Claim 9, Col. 8:3-41. 5/14/90 Amendment at 2-4 ['191 file history]. 2/5/91 Amendment at 6 ['191 file history]. 4/9/92 IDS at 3 ['191 file history]. 7/16/92 Amendment at 4-6, 11 ['191 file history]. 7/15/92 Barbere Decl., ¶¶ 4-6 ['191 file history]. 5/10/94 Office Action at 2-3 ['191 file history]. 11/10/94 Amendment at 11 ['191 file history]. 5/17/95 Amendment at 2-4, 7 ['191 file history]. 7/22/96 Ap. Br. at 1-2, 4-7, 11-12 ['191 file history]. 10/23/97 BPAI Ruling at 2 ['191 file history]. 1/7/99 Amendment at 7 ['856 file history]. U.S. Pat. No. 5,100,381 to Burns. U.S. Pat. No. 4,689,041 to Corday *et al*. U.S. Pat. No. 4,665,925 to Millar. U.S. Pat. No. 4,955,895 to Sugiyama *et al*. U.S. Pat. No. 4,323,071 to Simpson *et al*. U.S. Pat. No. 4,702,252 to Brooks *et al*. U.S. Pat. No. 5,061,273 to Yock. U.S. Pat. No. 4,545,390 to Leary. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:*<br><br>balloon: "an inflatable device that can be inserted into a body cavity to provide support or to enclose a tube or catheter." *International Dictionary of Medicine and Biology, Volume I* 306 (1986).<br><br>dilation: "to make wider or larger; cause to expand." *The Random House Dictionary of the English Language* 554 (2nd ed. 1987).<br><br>*Kyphon 2000 SEC S-1 Registration Statement:*<br><br>Kyphon describes its KyphX™ inflatable bone tamp product as a "proprietary balloon catheter" and a "sterile disposable balloon catheter." (*See* Front Cover and p. 29).<br><br>*Kyphon Marketing Presentation* (*See* KY457734-KY457788 at KY457769).<br><br>*Kyphon Correspondence* (*See* KY455617-KY455619 at KY455617).<br><br>*Kyphon Business Summary* (*See* KY493178-KY493200 at KY493178). | **EXTRINSIC EVIDENCE**<br><br>"catheter: a flexible or rigid hollow tube employed to drain fluids from body cavities or to distend body passages, esp. one for passing into the . . . heart through a leg vein or arm vein for diagnostic examination." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 328.)<br><br>"catheter: A tubular instrument to allow passage of fluid from or into a body cavity." (Stedman's Medical Dictionary (26th Ed. 1995) at 292.)<br><br>"balloon catheter: a catheter used in arterial embolectomy or to float into the pulmonary artery." (Stedman's Medical Dictionary (26th Ed. 1995) at 292)<br><br>"balloon-tip catheter: a tube with a balloon at its tip that can be inflated or deflated without removal after installation; the balloon may be inflated to facilitate passage of the tube through a blood vessel (propelled by the bloodstream) or to occlude the vessel in which the tube alone would allow free flow; such catheters are used to enter the pulmonary artery to facilitate |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | hemodynamic measurements or to enter arteries and then remove them while inflated to withdraw clots (embolectomy catheter)."  (Stedman's Medical Dictionary (26th Ed. 1995) at 292-93.) |
| "catheter shaft" | **INTERPRETATION** <br><br> The body of the catheter including the Y-fitting. | **INTERPRETATION** <br><br> The portion of the catheter distal to the Y-fitting (or equivalent thereof) formed from the inner tube and the coaxial outer tube. |
| | **INTRINSIC EVIDENCE** <br><br> • The language of claim 9 <br><br> • Col. 2, lines 20-35 <br><br> • Col. 3, lines 29 – col. 4, line 22 <br><br> • Col. 4, line 67 – col. 5, line 4 <br><br> • Figure 1 <br><br> • '191 Patent file history, May 10, 1994 Office Action including, without limitation, pgs. 2-3 <br><br> • '191 Patent file history, May 22, 1995 Amendment, including, without limitation, pgs. 2-3 and associated claim amendments <br><br> • U.S. Patent No. 4,323,071 to | **INTRINSIC EVIDENCE** <br><br> Fig. 1. <br> Col. 2:20-29. <br> Col. 3:8-11. <br> Col. 3:21-25. <br> Col. 3:30-37. <br> Col. 3:54-60. <br> Col. 4:6-8. <br> Claim 1, Col. 5:7-43. <br> Claim 3, Cols. 5:47-6:6. <br> Claim 4, Col. 6:7-33. <br> Claim 5, Col. 6:34-59. <br> Claim 6, Cols. 6:60-7:26. <br> Claim 8, Cols. 7:30-8:2. <br> Claim 9, Col. 8:3-41. <br> 5/14/90 Amendment at 2, 4 ['191 file history]. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | Simpson, Figure 3 | 10/8/91 Prelim. Amendment at 2 ['191 file history].<br>7/16/92 Amendment at 5-6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6 ['191 file history].<br>5/17/95 Amendment at 2 ['191 file history].<br>7/22/96 Ap. Br. at 5, Fig. 1 ['191 file history].<br>1/7/99 Amendment at 8 ['856 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al*.<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al*.<br>U.S. Pat. No. 4,323,071 to Simpson *et al*.<br>U.S. Pat. No. 4,702,252 to Brooks *et al*.<br>U.S. Pat. No. 5,061,273 to Yock.<br>U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE**<br><br>**N/A** | **EXTRINSIC EVIDENCE**<br><br>**N/A** |
| "proximal region" | **INTERPRETATION**<br><br>The very small area adjacent the proximal end of the catheter shaft. | **INTERPRETATION**<br><br>The region of the catheter shaft distal to the Y-fitting (or equivalent thereof) and extending from the proximal end of the catheter shaft to the distal region of the |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | catheter shaft. |
| | **INTRINSIC EVIDENCE**<br><br>• The claim language of claim 9<br>• Col. 3, lines 29 - 66<br>• Col. 4, line 67 – col. 5, line 4<br>• Figure 1<br>• '191 Patent file history, May 10, 1994 Office Action, pgs. 2-3<br>• November 14, 1994 Amendment, pgs. 2, 10-11<br>• '191 Patent file history, January 10, 1995 Office Action, pg. 3<br>• '191 Patent file history, October 23, 1997 Decision of Board of Patent Appeals and Interferences, pg. 5<br>• '856 Patent file history, January 3, 2000 Office Action, pg. 3<br>• '856 Patent file history, April 26, 2000 Office Action, pg. 2<br>• '856 Patent file history, June 21, 2000 Interview Summary<br>• '856 Patent file history, June 26, 2000 Amendment and Reply Under 37 | **INTRINSIC EVIDENCE**<br><br>Figs. 1-2.<br>Claim 1, Col. 5:7-43.<br>Claim 3, Cols. 5:47-6:6.<br>Claim 4, Col. 6:7-33.<br>Claim 5, Col. 6:34-59.<br>Claim 6, Cols. 6:60-7:26.<br>Claim 8, Cols. 7:30-8:2.<br>Claim 9, Col. 8:3-41.<br>11/10/94 Amendment at 2, 10-11 ['191 file history].<br>9/29/99 Amendment at 3 ['856 file history].<br>4/3/00 Amendment at 6 ['856 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al*.<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al*.<br>U.S. Pat. No. 4,323,071 to Simpson *et al*.<br>U.S. Pat. No. 4,702,252 to Brooks *et al*.<br>U.S. Pat. No. 5,061,273 to Yock.<br>U.S. Pat. No. 4,545,390 to Leary. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | CFR 1.111, pg. 7 and associated claim amendments<br><br>• U.S. Patent No. 4,323,071 to Simpson, Figure 3<br><br>• U.S. Patent No.5,061,273 to Yock, including, Figures 1 and 3A and associated disclosure | |
| | **EXTRINSIC EVIDENCE**<br><br>**N/A** | **EXTRINSIC EVIDENCE**<br><br>**N/A** |
| "guidewire lumen" | **INTERPRETATION**<br><br>The passage of the inner tube. | **INTERPRETATION**<br><br>An opening through the catheter shaft for passage of the guidewire over which the catheter is advanced. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 9<br><br>• Abstract<br><br>• Col. 1, lines 39-45<br><br>• Col. 2, lines 20-35<br><br>• Col. 3, lines 45-53 and 64-66<br><br>• Col. 4, line 67 – col. 5, line 4<br><br>• Figures 1 and 2 | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Fig. 2.<br>Col. 1:34-45.<br>Col. 1:46-61.<br>Cols. 1:64-2:2.<br>Col. 2:21-27.<br>Col. 3:46-50.<br>Col. 3:57-59.<br>Cols. 3:64-4:3.<br>Col. 4:46-49.<br>Claim 1, Col. 5:7-43.<br>Claim 3, Cols. 5:47-6:6. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | Claim 4, Col. 6:7-33. |
| | | Claim 5, Col. 6:34-59. |
| | | Claim 6, Cols. 6:60-7:26. |
| | | Claim 8, Cols. 7:30-8:2. |
| | | Claim 9, Col. 8:3-41. |
| | | 4/9/92 IDS at 3 ['191 file history]. |
| | | 7/16/92 Amendment at 5-6 ['191 file history]. |
| | | 7/15/92 Barbere Decl., ¶ 6, Ex. 1 ['191 file history]. |
| | | 5/17/95 Amendment at 2-3 ['191 file history].) |
| | | 7/22/96 Ap. Br. at 1-3 and Figs. 4-6A; 5 and Figs. 1-2 ['191 file history]. |
| | | 10/23/97 BPAI Ruling at 4-5 ['191 file history]. |
| | | 5/24/99 Amendment at 9-10 ['856 file history]. |
| | | U.S. Pat. No. 5,100,381 to Burns. |
| | | U.S. Pat. No. 4,689,041 to Corday *et al*. |
| | | U.S. Pat. No. 4,665,925 to Millar. |
| | | U.S. Pat. No. 4,955,895 to Sugiyama *et al*. |
| | | U.S. Pat. No. 4,323,071 to Simpson *et al*. |
| | | U.S. Pat. No. 4,702,252 to Brooks *et al*. |
| | | U.S. Pat. No. 5,061,273 to Yock. |
| | | U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE** | **EXTRINSIC EVIDENCE** |
| | *Dictionary Definition:* | **N/A** |
| | lumen: "1. An opening, passage, or | |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | canal….c. *Surg*.  The passage of any tool in an instrument."  *The Oxford English Dictionary Volume IX 97* (2nd ed. 1989). | |
| "at least one aperture associated with the outer tube to facilitate inflation and deflation of the balloon" | **INTERPRETATION**<br><br>At least one opening associated with the outer tube to allow for inflation and deflation of the balloon. | **INTERPRETATION**<br><br>At least one opening in either the wall of the outer tube or a structure associated with the outer tube to allow for inflation and deflation of the balloon. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 9<br>• Col. 1, lines 34-36<br>• Col. 2, lines 33-35<br>• Col. 2, lines 53-56<br>• Col. 3, lines 29-53<br>• Col. 4, lines 6-23<br>• Col. 4, lines 49 - col. 5, line 4<br>• Figures 1 and 2<br>• '856 Patent file history, January 3, 2000 Office Action, pg. 2<br>• '856 Patent file history, April 26, 2000 Office Action, pg. 2<br>• U.S. Patent No.5,061,273 to Yock, | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Fig. 2.<br>Col. 4:17-22.<br>Claim 9, Col. 8:3-41.<br>2/5/91 Amendment at 9-10 ['191 file history].<br>7/16/92 Amendment at 6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6 ['191 file history].<br>5/17/95 Amendment at 3 ['191 file history].<br>7/22/96 Ap. Br. at 6 ['191 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al*.<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al*.<br>U.S. Pat. No. 4,323,071 to Simpson *et al*. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | Figure 3A and associated disclosure | U.S. Pat. No. 4,702,252 to Brooks *et al*. U.S. Pat. No. 5,061,273 to Yock. U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:*<br><br>aperture: "an opening, or open space between portions of solid matter." *The Oxford English Dictionary, Volume I* 545 (2nd ed. 1989). | **EXTRINSIC EVIDENCE**<br><br>**N/A** |
| "means at the proximal end of the catheter for accessing the inflation lumen" | **INTERPRETATION**<br><br>An opening at the proximal end of the catheter allowing for access to the inflation lumen.<br><br>*[If this element is interpreted under 35 U.S.C. § 112(6), the <u>function</u> recited is "accessing the inflation lumen." The <u>structure</u> disclosed in the specification for performing the recited function is the opening at the proximal end of the Y-fitting for accessing the inflation lumen, and equivalents thereof.* | **INTERPRETATION**<br><br>Should be construed under 35 U.S.C. §112(6). The function performed is accessing each of the guidewire and inflation lumens. The corresponding structure is a Y-fitting and a pair of flexible proximal tubes, a flexible proximal tube in communication with the annular inflation lumen, and a fitting at the proximal end of the proximal tube by which appropriate fluid devices such as syringes, inflation devices or the like may be connected. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 9<br><br>• Col. 3, lines 53-60 | **INTRINSIC EVIDENCE**<br><br>Fig. 1.<br>Col. 3:54-63.<br>Claim 1, Col. 5:7-43. |

| TERMS, PHRASES OR CLAUSES OF THE '856 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | • Figure 1 | Claim 3, Cols. 5:47-6:6.<br>Claim 4, Col. 6:7-33.<br>Claim 5, Col. 6:34-59.<br>Claim 6, Cols. 6:60-7:26.<br>Claim 8, Cols. 7:30-8:2.<br>Claim 9, Col. 8:3-41.<br>7/16/92 Amendment at 6 ['191 file history].<br>7/15/92 Barbere Decl., ¶ 6 ['191 file history].<br>5/17/95 Amendment at 3 ['191 file history].<br>U.S. Pat. No. 5,100,381 to Burns.<br>U.S. Pat. No. 4,689,041 to Corday *et al*.<br>U.S. Pat. No. 4,665,925 to Millar.<br>U.S. Pat. No. 4,955,895 to Sugiyama *et al*.<br>U.S. Pat. No. 4,323,071 to Simpson *et al*.<br>U.S. Pat. No. 4,702,252 to Brooks *et al*.<br>U.S. Pat. No. 5,061,273 to Yock.<br>U.S. Pat. No. 4,545,390 to Leary. |
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:*<br><br>lumen: See above. | **EXTRINSIC EVIDENCE**<br><br>**N/A** |

**D.  U.S. PATENT NO. 5,759,173**

| TERMS, PHRASES OR CLAUSES OF THE '173 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| "balloon catheter" | **INTERPRETATION**<br><br>A catheter capable of being inserted into a body cavity, the catheter having a member that is capable of enlarging. | **INTERPRETATION**<br><br>A catheter having an inflatable balloon for use in a blood vessel. |
| | **INTRINSIC EVIDENCE**<br><br>• The language of claim 1<br>• The language of claim 5<br>• Col. 1, lines 15-25<br>• Col. 5, lines 14-30<br>• Col. 10, lines 16-20<br>• Figure 1 | **INTRINSIC EVIDENCE**<br><br>Abstr.<br>Fig. 1.<br>Col. 1:16-33.<br>Col. 1:34-52.<br>Cols. 1:66-2:6.<br>Col. 2:38-42.<br>Col. 3:23-28.<br>Cols. 4:66-5:7.<br>Col. 5:14-30.<br>Col. 5:52-61.<br>Col. 9:9-20.<br>Cols. 9:53-10:14.<br>Claim 1, Col. 10:21-34.<br>Claim 5, Col. 10:44-57.<br>7/3/96 Amendment at 2-3.<br>7/9/97 Amendment at 2, 4.<br>U.S. Pat. No. 5,759,173 to Evard *et al*.<br>U.S. Pat. No. 5,250,069 to Nobuyoshi *et al*. |

| TERMS, PHRASES OR CLAUSES OF THE '173 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | **EXTRINSIC EVIDENCE** | **EXTRINSIC EVIDENCE** |
| | *Dictionary Definitions:* | "catheter: a flexible or rigid hollow tube employed to drain fluids from body cavities or to distend body passages, esp. one for passing into the . . . heart through a leg vein or arm vein for diagnostic examination." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 328.) |
| | balloon: "an inflatable device that can be inserted into a body cavity to provide support or to enclose a tube or catheter." *International Dictionary of Medicine and Biology, Volume I* 306 (1986). | |
| | *Kyphon 2000 SEC S-1 Registration Statement:* | "catheter: A tubular instrument to allow passage of fluid from or into a body cavity." (Stedman's Medical Dictionary (26th Ed. 1995) at 292.) |
| | Kyphon describes its KyphX™ inflatable bone tamp product as a "proprietary balloon catheter" and a "sterile disposable balloon catheter." (*See* Front Cover and p. 29). | "balloon catheter: a catheter used in arterial embolectomy or to float into the pulmonary artery." (Stedman's Medical Dictionary (26th Ed. 1995) at 292) |
| | *Kyphon Marketing Presentation* (*See* KY457734-KY457788 at KY457769). | "balloon-tip catheter: a tube with a balloon at its tip that can be inflated or deflated without removal after installation; the balloon may be inflated to facilitate passage of the tube through a blood vessel (propelled by the bloodstream) or to occlude the vessel in which the tube alone would |
| | *Kyphon Correspondence* (*See* KY455617-KY455619 at KY455617). | |
| | *Kyphon Business Summary* (*See* KY493178-KY493200 at KY493178). | |

| TERMS, PHRASES OR CLAUSES OF THE '173 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | allow free flow; such catheters are used to enter the pulmonary artery to facilitate hemodynamic measurements or to enter arteries and then remove them while inflated to withdraw clots (embolectomy catheter)." (Stedman's Medical Dictionary (26th Ed. 1995) at 292-93.) |
| "spherical shape" | **INTERPRETATION**<br><br>A sphere-like shape.<br><br>**INTRINSIC EVIDENCE**<br><br>• The language of claim 1<br><br>• The language of claim 5<br><br>• Col. 2, lines 38-49<br><br>• Col. 4, line 55 - col. 5, line 12<br><br>• Col. 8, line 66 - col. 9, line 8<br><br>• Col. 10, lines 16-20<br><br>• Figure 1<br><br>• July 14, 1997 Amendment, including, without limitation, pgs. 2-5 and associated claim amendments | **INTERPRETATION**<br><br>A shape that is spherical like a globe or a basketball.<br><br>**INTRINSIC EVIDENCE**<br><br>Fig. 1.<br>Col. 9:25-30.<br>Claim 1, Col. 10:21-34.<br>Claim 5, Col. 10:44-57.<br>11/23/94 App. at 19-23.<br>6/29/95 Off. Act. at 1-3.<br>1/5/96 Off. Act. at 1-4.<br>7/3/96 Amendment at 2-3.<br>1/9/97 Off. Act.<br>7/9/97 Amendment at 2-4.<br>11/5/97 Notice of Allowability at 2.<br>U.S. Pat. No. 5,759,173 to Evard *et al*.<br>U.S. Pat. No. 5,250,069 to Nobuyoshi *et al*. |

| TERMS, PHRASES OR CLAUSES OF THE '173 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | • November 5, 1997 Notice of Allowability, pgs. 1-2 (including Reasons for Allowance)<br><br>• U.S. Patent No. 5,250,069 to Nobuyoshi et al., including, without limitation, Figures 1, 6, 10, 18-20 and their associated disclosure | |
| | **EXTRINSIC EVIDENCE**<br><br>*Dictionary Definitions:*<br><br>spherical: "1. shaped like a sphere: Globular. 2. of or pertaining to a sphere." *Webster's II/ New Riverside University Dictionary* 1118 (1994). | **EXTRINSIC EVIDENCE**<br><br>"sphere: a solid geometric figure generated by the revolution of a semicircle about its diameter; a round body whose surface is at all points equidistant from the center; any rounded body approximately of this form; a globular mass, shell, etc." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 1836.)<br><br>"spherical: having the form of a sphere; globular." (Random House Webster's Unabridged Dictionary (2nd Ed. 2001) at 1836.)<br><br>"sphere: a globular body; one whose major circumferences approximate to circles; a body or space bounded by one surface all points of which are |

| TERMS, PHRASES OR CLAUSES OF THE '173 PATENT | MEDTRONIC'S INTERPRETATION | KYPHON'S INTERPRETATION |
|---|---|---|
| | | equally distant from a point within that constitutes its center."  (Webster's Third New International Dictionary of the English Language Unabridged (1993) at 2193.) |
| | | "spherical: having the form of a sphere or of one of its segments; like a sphere; globular."  (Webster's Third New International Dictionary of the English Language Unabridged (1993) at 2193.) |
| | | 6/23/03 Medtronic Claim Constr. Mem. at 7-11. |
| | | 10/27/03 Claim Constr. Mem. & Order at 5. |
| | | 11/20/06 Fed. Cir. Op. at 13. |

## III.    OTHER ISSUES UNDER PATENT L.R. 4-3

### A.    Time Anticipated for Claim Construction Hearing (Patent L.R. 4-3(c))

The parties anticipate that approximately five to six hours will be required for the claim construction hearing.

### B.    Witness Testimony Expected at the Claim Construction Hearing (Patent L.R. 4-3(d))

The parties do not anticipate calling any witnesses at the claim construction hearing.

### C.    Other Issues to Be Addressed at the Claim Construction Prehearing Conference (Patent L.R. 4-3(e))

The parties are currently unaware of any other issues which might appropriately be taken up at a prehearing conference prior to the claim construction hearing.  The parties reserve their rights to raise any such issues should the need arise in the future.

Jointly submitted, January 26, 2007, by


AKIN GUMP STRAUSS HAUER & FELD LLP

By: ____/s Paul A. Gennari_____
Attorneys for Plaintiffs
MEDTRONIC, INC.,
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.


FISH AND RICHARDSON P.C.

By: ____/s Shelley K. Mack_____
Attorneys for Defendant
KYPHON, INC.


### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sean P. DeBruine, attest that concurrence in the filing of this document has been obtained.

Dated: January 26, 2007                    _____/s_____
                                                                    Sean P. DeBruine