Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square. Suite 400
3000 El Camino Real
Palo Alto, CA 94306
East Palo Alto, CA 94303
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Steven M. Zager (*pro hac vice*)(szager@akingump.com)
Michael Simons (*pro hac vice*)(msimons@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Michael A. O'Shea (*pro hac vice*)(moshea@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Plaintiffs
MEDTRONIC, INC.,
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY, LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY, LTD., MEDTRONIC SOFAMOR DANEK, INC., and SDGI HOLDINGS, INC.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KYPHON INC.,<br><br>　　　　　　　Defendant. | **CASE NO. C06-02559 SI**<br><br>**NOTICE OF MANUAL FILING** |

683375.0002 WEST  6053307 v1

NOTICE OF MANUAL FILING

**Regarding:  PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF AND EXHIBITS F, G, H. M2, M3 AND M4 TO THE DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION  BRIEF**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated:  March 12, 2007            Respectfully submitted,

                                            Sean P. DeBruine
                                            AKIN GUMP STRAUSS HAUER & FELD LLP

                                            By_____/s/_____
                                                        Sean P. DeBruine

                                     Attorney for Plaintiffs
                                     MEDTRONIC, INC.,
                                     MEDTRONIC VASCULAR, INC.,
                                     MEDTRONIC USA, INC.,
                                     MEDTRONIC VASCULAR GALWAY, LTD.,
                                     MEDTRONIC SOFAMOR DANEK, INC., and
                                     SDGI HOLDINGS, INC.

683375.0002 WEST  6053307 v1