IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>KYPHON, INC,<br><br>        Defendant.<br>_____/ | No. C 06-2559 SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND PRELIMINARY INFRINGEMENT CONTENTIONS** |

       Plaintiffs have filed a motion for leave to amend their preliminary infringement contentions. Plaintiffs seek to add Claim 5 of the '173 patent to the list of asserted claims. Plaintiffs state that after the parties exchanged their claim construction contentions, and while preparing the briefing for the *Markman* hearing relating to the disputed claim terms of the '173 patent, plaintiffs "came to appreciate" that the accused Kyphon devices also infringe independent Claim 5 of the '173 patent.

       Defendant opposes the motion, arguing that Medronic has not shown good cause for the delay in seeking to amend, and that any amendment will likely require rescheduling the upcoming *Markman* hearing. Defendant also asserts that it will be prejudiced because the amendment will require the construction of three additional terms.

       The Court finds that while it is a close call, the Court will allow plaintiffs to amend their preliminary infringement contentions. The Court finds that plaintiffs should have sought leave to amend earlier, but also that defendants will not be prejudiced by an amendment. The trial date is set for January 2008. Plaintiffs state that very little discovery has occurred to date, and that the two depositions that have taken place did not involve the '173 patent. In addition, it appears that at least some of the additional terms are already at issue in this case.

Accordingly, the Court GRANTS plaintiffs' motion for leave to amend their preliminary infringement contentions to add Claim 5 of the '173 patent. (Docket No. 127). The parties shall meet and confer regarding the upcoming deadlines in this case, and if necessary, shall file a stipulation and proposed order modifying the schedule.

**IT IS SO ORDERED.**

Dated: March 29, 2007

SUSAN ILLSTON
United States District Judge