**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al., | No. C 06-2559 SI |
| Plaintiffs, | **ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' BRIEF; GRANTING DEFENDANT'S REQUEST TO FILE SUR-REPLY** |
| v. | |
| KYPHON, INC, | |
| Defendant. | |

Defendant has filed a motion to strike plaintiffs' 39-page opening claim construction brief. (Docket No. 142). Defendant argues that the Court should strike the brief in its entirety, or all pages in excess of 25, because plaintiffs did not request leave of Court to exceed the page limit. Alternatively, defendant seeks permission to file a sur-reply of no more than 14 pages in length.

In the interest of addressing the merits of the parties' claim construction arguments, the Court DENIES defendant's motion to strike and will allow the filing of plaintiffs' oversized brief. However, plaintiffs are cautioned that they must comply with the Civil Local Rules with regard to all future filings. The Court will strike any future filings that exceed prescribed page limits, unless the party first receives permission from the Court to exceed such limits. The Court GRANTS defendant's request to file a sur-reply of no more than 14 pages in length. The sur-reply must be filed no later than **April 13, 2007.**

**IT IS SO ORDERED.**

Dated: April 3, 2007

SUSAN ILLSTON
United States District Judge