Frank E. Scherkenbach, SBN 142549 (scherkenbach@fr.com)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Karen I. Boyd, SBN 189808 (boyd@fr.com)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas S. McClenahan, SBN 203204 (mcclenahan@fr.com)
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
KYPHON INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC SOFAMOR DANEK, INC., and SDGI HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KYPHON INC.,<br><br>Defendant. | Civil Action No. C06-02559 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DECEMBER 19, 2006 PRETRIAL SCHEDULING ORDER** |

Pursuant to the Court's March 29, 2007 Order Granting Plaintiffs' Motion for Leave to Amend Preliminary Infringement Contentions, the parties have conferred regarding scheduling of claim construction briefing and related dates associated with the addition to this suit of claim 5 of U.S. Patent No. 5,759,173 ("the '173 patent"). To allow the Court to hear and decide issues relating to construction of disputed terms in claim 5 with the rest of the parties' disputed constructions on April 25, 2007, the parties hereby stipulate and agree that the Court's December 19, 2006 Pretrial Scheduling Order should be modified as follows:

1. The parties shall exchange proposed constructions for disputed terms in claim 5 of the '173 patent on April 5, 2007.

2. The parties shall meet and confer regarding their proposed constructions for disputed terms in claim 5 of the '173 patent on April 6, 2007.

3. The parties shall file an Amended Joint Claim Construction and Prehearing Statement including their proposed constructions for disputed terms in claim 5 of the '173 patent, and all intrinsic and extrinsic evidence in support thereof, on April 9, 2007.

4. The parties shall file and serve further claim construction briefs of no more than five pages in length, addressing only their proposed constructions for disputed terms in claim 5 of the '173 patent, on April 16, 2007. No reply or responsive briefs regarding disputed terms in claim 5 of the '173 patent shall be permitted.

IT IS SO STIPULATED.

Dated: April 4, 2007    FISH & RICHARDSON P.C.


By: /s/ John M. Farrell
    John M. Farrell

Attorneys for Defendant
KYPHON, INC.

1  Dated: April 4, 2007					AKIN GUMP STRAUSS HAUER & FELD LLP

						By: /s/ Sean P. DeBruine
						    Sean P. DeBruine

						Attorneys for Plaintiffs
						MEDTRONIC, INC., MEDTRONIC
						VASCULAR, INC., MEDTRONIC USA, INC.,
						MEDTRONIC VASCULAR GALWAY LTD.,
						MEDTRONIC SOFAMOR DANEK, INC., and
						SDGI HOLDINGS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007			_____
						Honorable Susan Illston
						United States District Judge

3    STIPULATION AND [PROPOSED] ORDER MODIFYING
     DECEMBER 19, 2006 PRETRIAL SCHEDULING ORDER

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sean P. DeBruine, Esq.

Dated: April 4, 2007                        FISH & RICHARDSON P.C.

By: /s/ John M. Farrell
     John M. Farrell

Attorneys for Defendant
KYPHON, INC.

4

# CERTIFICATE OF SERVICE

I am employed in the County San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 4, 2007, I caused a copy of the following document(s):

STIPULATION AND [PROPOSED] ORDER MODIFYING DECEMBER 19, 2006 PRETRIAL SCHEDULING ORDER

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Sean DeBruine (sdebruine@akingump.com)<br>Akin, Gump, Strauss, Hauer & Feld, L.L.P.<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 838-2000<br>Facsimile: (650) 838-2001 | Attorneys for Plaintiffs<br>MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY, LTD., MEDTRONIC SOFAMOR DANEK, INC., & SDGI HOLDINGS, INC. |
| Steven M. Zager (szager@akingump.com)<br>Michael Simons (msimons@akingump.com)<br>Akin, Gump, Strauss, Hauer & Feld, L.L.P.<br>1111 Louisiana Street, 44th Floor<br>Houston, TX 77002<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 | |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[ ] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

5

STIPULATION AND [PROPOSED] ORDER MODIFYING
DECEMBER 19, 2006 PRETRIAL SCHEDULING ORDER

| | | |
|---|---|---|
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 4, 2007, at Redwood City, CA.

                                        /s/ Janel M. Pearson
                                           Janel M. Pearson

50408980.doc