IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>KYPHON, INC,<br><br>        Defendant.<br>_____/ | No. C 06-2559 SI<br><br>**ORDER DENYING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' REPLY BRIEF** |

Defendant has filed a motion to strike plaintiffs' 27-page claim construction reply brief because it exceeds the page limits set forth in Civil Local Rule 7-4(b). (Docket No. 155). Plaintiffs respond that they do not believe that the page limits in the Civil Local Rules apply to claim construction briefs because such briefs are not "motions."

Because it appears that plaintiffs did not intend to violate the Local Rules, the Court DENIES defendant's motion to strike. However, the Court finds that the page limits in the Civil Local Rules apply to all types of briefs, regardless of whether such briefs are technically motions. Accordingly, the parties are instructed to strictly follow the Civil Local Rules for all future filings; <u>any further briefs that exceed the page limits will be stricken</u>.

**IT IS SO ORDERED.**

Dated: April 6, 2007

                                              SUSAN ILLSTON
                                              United States District Judge