| | |
|---|---|
| 1 | Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)<br>AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | Two Palo Alto Square<br>3000 El Camino Real, Suite 400 |
| 3 | Palo Alto, California 94306<br>Telephone: 650-838-2000 |
| 4 | Facsimile: 650-838-2001 |

Sean P. DeBruine (SBN 168071) (sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001

Steven M. Zager *(pro hac vice)* (szager@akingump.com)
Michael Simons *(pro hac vice)* (msimons@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Michael O'Shea *(pro hac vice)* (moshea@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Plaintiffs
MEDTRONIC, INC.
MEDTRONIC VASCULAR, INC.
MEDTRONIC USA, INC.
MEDTRONIC VASCULAR GALWAY, LTD.
MEDTRONIC SOFAMOR DANEK, INC. and
SDGI HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.<br>MEDTRONIC VASCULAR, INC.<br>MEDTRONIC USA, INC.<br>MEDTRONIC VASCULAR GALWAY, LTD.<br>MEDTRONIC SOFAMOR DANEK, INC. and<br>SDGI HOLDINGS, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>KYPHON,<br><br>        Defendant. | Case No. C 06-02559 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DECEMBER 19, 2006 PRETRIAL PREPARATION ORDER** |

STIPULATION AND [PROPOSED] ORDER MODIFYING
DECEMBER 19, 2006 PRETRIAL PREPARATION ORDER

CASE NO. C:06-02559 SI

1       Consistent with Patent L.R. 3-6, and in order to permit the parties reasonable time to prepare their Final Contentions in light of the continuing pendency of the Court's Claim Construction Ruling, the parties have conferred and hereby stipulate and ask that the Court modify its December 19, 2006 Pretrial Preparation Order as follows:

      1.    Subject to the limitations specified in Patent L.R. 3-6(a), the plaintiffs may serve Final Infringement Contention not later than fifteen (15) days after service by the Court of its Claim Construction Ruling;

      2.    Subject to the limitations specified in Patent L.R. 3-6(b), the defendant may serve Final Invalidity Contentions not later than either fifteen (15) days after service by plaintiffs of Final Infringement Contentions or thirty (30) days after service by the Court of its Claim Construction Ruling, whichever is earlier; and

      3.    All other scheduling deadlines in this matter should remain unchanged.

      IT IS SO STIPULATED.

Dated: July 16, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                        By: _____/s/_____
                                             Sean P. DeBruine

Attorneys for Plaintiffs

MEDTRONIC, INC.
MEDTRONIC VASCULAR, INC.
MEDTRONIC USA, INC.
MEDTRONIC VASCULAR GALWAY, LTD.
MEDTRONIC SOFAMOR DANEK, INC. and
SDGI HOLDINGS, INC.

Dated: July 16, 2007                    FISH & RICHARDSON P.C.

                                        By: _____/s/_____
                                           John M. Farrell

Attorneys for Defendant
KYPHON, INC.

1

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.
4 Dated:
5
6                                         _____
7                                         Honorable Susan Illston
                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from John M. Farrell.

Dated: July 16, 2007                                By: _____/s/_____
                                                              Sean P. DeBruine