Sean P. DeBruine (SBN 168071)
(sdebruine@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94036
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Steven M. Zager (*pro hac vice*)
(szager@akingump.com)
Michael Simons (*pro hac vice*)
(msimons@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

Michael A. O'Shea (*pro hac vice*)
(moshea@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Attorneys for Plaintiffs
MEDTRONIC, INC., MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC VASCULAR GALWAY, LTD.,
MEDTRONIC SOFAMOR DANEK, INC., and
SDGI HOLDINGS, INC.

Frank E. Scherkenbach (SBN 142549)
(scherkenbach@fr.com)
Karen I. Boyd (SBN 189808)
(boyd@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Michael J. Kane (pro hac vice)
(kane@fr.com)

Thomas S. McClenahan (SBN 203204)
(mcclenahan@fr.com)
William R. Woodford (pro hac vice)
(woodford @fr.com)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
KYPHON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEDTRONIC, INC.,<br>MEDTRONIC VASCULAR, INC.,<br>MEDTRONIC USA, INC.,<br>MEDTRONIC VASCULAR GALWAY, LTD.,<br>MEDTRONIC SOFAMOR DANEK, INC., and<br>SDGI HOLDINGS, INC.<br><br>        Plaintiffs,<br>    v.<br><br>KYPHON INC.,<br>        Defendant. | CASE NO. C06-02559 SI<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER STAYING LITIGATION** |

The parties have reached a complete settlement of this litigation. Defendant Kyphon, Inc. has agreed to be acquired by plaintiff Medtronic, Inc., the ultimate parent corporation of the remaining plaintiffs. That acquisition is now subject to federal regulatory review. The closing of the acquisition, which will immediately follow regulatory review, will resolve all of the issues in this lawsuit. When that occurs, the parties will jointly move to dismiss this lawsuit with prejudice; but until then the parties wish to avoid burdening the Court with further proceedings in this case and to avoid the expense and inconvenience of further litigation. Because certain deadlines are imminent in the case, the parties have filed this emergency motion.

Accordingly, the parties stipulate and request that the Court enter an order staying all proceedings in this case and all issues related thereto until federal regulatory review is completed and the parties file a joint motion to dismiss or until further order of this Court.

Dated: July 27, 2007                     AKIN GUMP STRAUSS HAUER & FELD LLP

                                         By  /s/
                                             Sean P. DeBruine

                                         Attorneys for Plaintiffs
                                         MEDTRONIC, INC.,
                                         MEDTRONIC VASCULAR, INC.,
                                         MEDTRONIC USA, INC.,
                                         MEDTRONIC VASCULAR GALWAY, LTD.,
                                         MEDTRONIC SOFAMOR DANEK, INC., and
                                         SDGI HOLDINGS, INC.

Dated: July 27, 2007                     FISH & RICHARDSON, P.C.

                                         By  /s/
                                             Frank E. Scherkenbach

                                         Attorneys for Defendant
                                         KYPHON, INC.,

1      Based upon the foregoing stipulation, and good cause appearing, it is hereby ORDERED
2 that all proceedings in this case and any issues relating thereto are stayed until further order of
3 this Court.

5 DATED:   7/27/07

                                _____
                                Hon. Susan Illston
                                United States District Judge

**ATTESTATION**

The undersigned hereby attests, pursuant to section X(B) of General Order 45, that he has received consent to the filing of this pleading.

Dated: July 27, 2007                              AKIN GUMP STRAUSS HAUER & FELD LLP

                                                  By  /s/
                                                      Sean P. DeBruine

**CERTIFICATE OF SERVICE**

This is to certify that on July 27, 2007, I caused a true and correct copy of the foregoing JOINT EMERGENCY MOTION TO STAY LITIGATION to be served on Kyphon Inc. by electronic mail to the following individuals at the addresses listed:

| | |
|---|---|
| Frank E. Scherkenbach<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone: (617) 521-7883<br>Facsimile: (617) 542-8906<br>scherkenbach@fr.com | John Michael Farrell<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br>jfarrell@fr.com |
| Thomas S. McClenahan<br>Katherine A. Moerke<br>Michael J. Kane<br>William R. Woodford<br>Fish & Richardson P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br>mcclenahan@fr.com<br>moerke@fr.com<br>michael.kane@fr.com<br>woodford@fr.com | Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>halkowski@fr.com |

/s/
_____
Sean P. DeBruine