Frank E. Scherkenbach, SBN 142549 (scherkenbach@fr.com)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

John M. Farrell, SBN 99649 (jfarrell@fr.com)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas S. McClenahan, SBN 203204 (mcclenahan@fr.com)
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC VASCULAR GALWAY LTD., MEDTRONIC SOFAMOR DANEK, INC., and SDGI HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KYPHON INC.,<br><br>Defendant. | Civil Action No. C06-02559 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

1   Plaintiffs Medtronic, Inc., Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic
2   Vascular Galway Ltd., Medtronic Sofamor Danek, Inc., and SDGI Holdings, Inc. ("Medtronic")
3   and Defendant Kyphon Inc. ("Kyphon") hereby stipulate as follows:
4       1.   As a result of a merger consummated November 2, 2007, between Medtronic and
5   Kyphon, pursuant to which Kyphon became a wholly owned subsidiary of Medtronic, Medtronic
6   and Kyphon have resolved the issues being litigated in the above-entitled lawsuit.
7       2.   Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii), Medtronic and Kyphon hereby agree to
8   dismiss with prejudice this lawsuit, with each party to bear its own litigation costs, attorneys' fees,
9   and other expenses arising from or related to this litigation.
10      **SO STIPULATED.**
11
12  Dated: November 8, 2007                FISH & RICHARDSON P.C.
13
14                                         By:  /s/ Shelley K. Mack
                                                Shelley K. Mack
15
16                                         Attorneys for Defendant KYPHON INC.
17  Dated: November 8, 2007                AKIN, GUMP, STRAUSS, HAUER & FELD LLP
18
19
                                           By:  /s/ Sean P. DeBruine
20                                              Sean P. DeBruine

21                                         Attorneys for Plaintiffs MEDTRONIC, INC.,
                                           MEDTRONIC VASCULAR, INC.,
22                                         MEDTRONIC USA, INC., MEDTRONIC
                                           VASCULAR GALWAY LTD., MEDTRONIC
23                                         SOFAMOR DANEK, INC., and SDGI
                                           HOLDINGS, INC.
24
25
26
27
28
                                1   KYPHON INC.'S NOTICE OF MOTION AND MOTION TO STRIKE
                                    MEDTRONIC'S OVERLENTH REPLY BRIEF
                                    PURSUANT TO CIV. L.R. 7-4(b)
                                    Civil Action No. C06-02559 SI

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Sean P. DeBruine.

Dated: November 8, 2007                FISH & RICHARDSON P.C.

By: /s/ Shelley K. Mack
    Shelley K. Mack

Attorneys for Defendant KYPHON INC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled lawsuit, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____

Honorable Susan Illston
United States District Judge